No. 75–334. NORTH *v.* NORTH. Sup. Ct. Kan. Motion of respondent for leave to proceed *in forma pauperis* and certiorari denied.

No. 75–387. AZALEA DRIVE-IN THEATRE, INC., ET AL. *v.* SARGOY ET AL., DBA SARGOY, STEIN & HANFT. Sup. Ct. Va. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.*

No. 75–388. BOARD OF SUPERVISORS OF FAIRFAX COUNTY *v.* ALLMAN, TRUSTEE, ET AL. Sup. Ct. Va. Certiorari denied, it appearing that the judgment below rests on adequate state grounds.

No. 74–1426. ALABAMA *v.* PRINCE, *ante,* p. 876;

No. 74–6458. SHADD *v.* HOGAN, WARDEN, *ante,* p. 846; and

No. 74–6584. LIPSMAN *v.* GIARDINO ET AL., *ante,* p. 853. Petitions for rehearing denied.

No. 74–6138. RUTHERFORD *v.* CUPP, PENITENTIARY SUPERINTENDENT, 421 U. S. 933. Motion for leave to file petition for rehearing denied.

NOVEMBER 5, 1975

No. 75–5334. BELL *v.* GEORGIA. Sup. Ct. Ga. Certiorari dismissed under this Court's Rule 60.

---

*See also note, *supra,* p. 918.